# EXHIBIT A



Barry - You Pre-Paid for treatment, but never made an appointment? Do you want to schedule Your appointments or should we issue a refund?

ISSUE A Refund NOW

Nov, 2009

(216) 642-6295

Corporate 1-806-2138-8408 (Pam) 6/592.88

Personal - Civil Suit - Corporate Dental (1-800-965-6110)

Barry Kuhn 2ND REQUEST